IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NEAL HALL**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
Reg. #57659-380

**VS.**　　　　　　　　　　**4:21-CV-00213-BRW-JJV**

**STATE OF ARKANSAS**　　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED THAT:

1. Plaintiff's Petition (Doc. No. 1) is DENIED and DISMISSED without prejudice.

2. I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

DATED this 17th day of May, 2021.

　　　　　　　　　　　　　　　　　　　　　Billy Roy Wilson_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE