IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NEAL HALL**                                                                                                    **PLAINTIFF**
**Reg. #57659-380**

**VS.**                                          **4:21-CV-00213-BRW-JJV**

**STATE OF ARKANSAS**                                                                         **DEFENDANT**

## JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 17th day of May, 2021.


                                                                Billy Roy Wilson_____
                                                                UNITED STATES DISTRICT JUDGE